1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION
10

11

12 | LISA PADGETT,                              | Federal Case No.: 4:16-CV-06346-KAW
   |                                            |
13 |              Plaintiff,                    |
   |                                            | **PLAINTIFF'S NOTICE OF VOLUNTARY
14 |      vs.                                   | DISMISSAL OF DEFENDANT
   |                                            | MONTEREY FINANCIAL SERVICES,
15 | EXPERIAN INFORMATION SOLUTIONS,            | LLC PURSUANT TO FEDERAL RULE
   | INC.; et. al.,                             | OF CIVIL PROCEDURE 41(A)(1)**
16 |                                            |
   |              Defendants.                   |

17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Lisa Padgett, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Monterey Financial Services, LLC as

21 to all claims in this action.

22      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23      41(a) Voluntary Dismissal

24      (1) By the Plaintiff

25          (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26              applicable federal statute, the plaintiff may dismiss an action without a court

27              order by filing:

28
   S                                           1
   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MONTEREY FINANCIAL SERVICES,
                                            LLC

1         (1) a notice of dismissal before the opposing party serves either an answer
2         or a motion for summary judgment.
3     Defendant Monterey Financial Services, LLC has neither answered Plaintiff's Complaint,
4 nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for
5 all purposes and without an Order of the Court.

7 Dated: November 11, 2016                   Sagaria Law, P.C.

By:    */s/ Elliot W. Gale*
       Elliot W. Gale
Attorneys for Plaintiff
Lisa Padgett