UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA PADGETT,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, et al.,<br><br>    Defendants. | Case No: C 16-6346 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motions to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Experian Information Solutions, Inc.

IT IS SO ORDERED.

Dated: 3/31/17

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge